RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

NITHYA SENRA
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6570 (t)
202-307-0054 (f)
Nithya.Senra@usdoj.gov

*Attorneys for the United States of America*

JONATHAN LEE, ESQ.
One Market Street Suite 3600
San Francisco, CA 94105
Phone: (415) 685-0813
jon@jleelaw.com

*Attorney for Defendants Michael S. Ho and Li H. Tay*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Michael S. Ho and Li H. Tay,<br><br>Defendants. | Case No. 3:20-cv-3818-RS<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED by plaintiff and the defendants, pursuant to Civil L.R. 6-1(a), that the defendants shall have an extension of time to September 14, 2020 in which to answer or otherwise respond to the complaint. The change in deadline for defendant to answer or otherwise respond to the complaint will not alter the date of any event or deadline already fixed by Court order. Accordingly, this stipulation is permissible without Court Order, and is being filed with the Court pursuant to Civil L.R 5 and 6-1(a).

//

//

Respectfully submitted,

Date: 8/20/20

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Nithya Senra*
NITHYA SENRA, CA SBN 291803
Trial Attorney, Tax Division
U.S. Department of Justice
*Attorneys for Plaintiff United States of America*

Date: 8/21/20

*/s/ Jonathan Lee*
JONATHAN LEE, ESQ.
*Attorney for Defendants Michael S. Ho and Li H. Tay*

Respectfully submitted,

Date: 8/20/20

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Nithya Senra
NITHYA SENRA, CA SBN 291803
Trial Attorney, Tax Division
U.S. Department of Justice
*Attorneys for Plaintiff United States of America*

Date: 8/21/20

JONATHAN LEE, ESQ.
*Attorney for Defendants Michael S. Ho and Li H. Tay*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date I have e-mailed the document to the following:

JONATHAN LEE, ESQ.
One Market Street Suite 3600
San Francisco, CA 94105
Phone: (415) 685-0813
jon@jleelaw.com
*Attorney for Defendants Michael S. Ho and Li H. Tay*

*/s/ Nithya Senra*
NITHYA SENRA, Trial Attorney
U.S. Department of Justice, Tax Division