RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

NITHYA SENRA
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6570 (t)
202-307-0054 (f)
Nithya.Senra@usdoj.gov

*Attorneys for the United States of America*

JONATHAN LEE, ESQ.
One Market Street Suite 3600
San Francisco, CA 94105
Phone: (415) 685-0813
jon@jleelaw.com

*Attorney for Defendants Michael S. Ho and Li H. Tay*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No. 3:20-cv-3818-RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, CONTINUE INITIAL CMC AND RELATED DEADLINES [AND PROPOSED ORDER] |
| Michael S. Ho and Li H. Tay, | |
| Defendants. | |

Plaintiff, the United States of America, and the defendants Michael S. Ho and Li H. Tay, pursuant to Civil L.R. 6-2, hereby STIPULATE and REQUEST an order approving the following:

1. The parties stipulate and request the Court enter an order allowing the defendants until October 16, 2020 in which to answer or otherwise respond to the complaint.

2. This is the second modification to the deadline for defendants to answer the Complaint, the original stipulation modified the deadline to respond to September 14, 2020.

3. On September 11, 2020, defendants submitted a settlement offer that, if accepted by the United States, and the settlement terms are met by defendants, would fully and finally resolve all claims

STIPULATED REQUEST FOR EXTENSION OF TIME AND TO CONTINUE INITIAL CMC
CASE NO. 3:20-CV-3818-RS

1

in this action by October 15, 2020. The undersigned counsel is willing to recommend defendants' settlement offer to the relevant Department of Justice official with settlement authority in this action.

4. Given the settlement offer is presently being processed, the parties request that this Court enter an order continuing the initial Case Management Conference scheduled for September 24, 2020 for at least 35 days to October 29, 2020; as well as continue the deadline to submit an initial Joint Case Management Statement for at least 35 days to October 22, 2020.

5. This is the first request for continuance of the Initial CMC and the first request to extend the deadline to file an Initial JCMS. The requested continuance is for a relatively short amount of time. Discovery in this case has not yet commenced, a scheduling order has not yet been entered, and defendants have not yet answered or otherwise responded to the Complaint.

WHEREFORE, the parties request pursuant to Civil L.R. 6-2 that the court enter an ORDER approving this stipulated request and continue the deadline for defendants to answer or otherwise respond to the Complaint to October 16, 2020; continue the deadline for the parties to submit an Initial Joint Case Management Statement to October 22, 2020; and continue the Initial Case Management Conference to October 29, 2020 or as soon thereafter as this matter may be considered by the Court.

Respectfully submitted,

Date: 9/17/20

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Nithya Senra*
NITHYA SENRA, CA SBN 291803
Trial Attorney, Tax Division
U.S. Department of Justice
*Attorneys for Plaintiff United States of America*

Date: 9/17/20

*/s/ Jonathan Lee*
JONATHAN LEE, ESQ.
*Attorney for Defendants Michael S. Ho and Li H. Tay*

STIPULATED REQUEST FOR EXTENSION OF TIME AND TO CONTINUE INITIAL CMC
CASE NO. 3:20-CV-3818-RS

2

**[PROPOSED] ORDER APPROVING STIPULATED REQUEST**

The above STIPULATED REQUEST is APPROVED.

The deadline for defendants to answer or otherwise respond to the Complaint is continued to October 16, 2020.

The deadline for the parties to submit an Initial Joint Case Management Statement is continued to October 22, 2020.

The Initial Case Management Conference is continued to October 29, 2020 or as soon thereafter as this matter may be considered by the Court.

[In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

     I hereby certify that on this 17th day of September, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date I have e-mailed the document to the following:

JONATHAN LEE, ESQ.
One Market Street Suite 3600
San Francisco, CA 94105
Phone: (415) 685-0813
jon@jleelaw.com
*Attorney for Defendants Michael S. Ho and Li H. Tay*

                                          */s/ Nithya Senra*
                                          NITHYA SENRA, Trial Attorney
                                          U.S. Department of Justice, Tax Division