1

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

2

3

NITHYA SENRA
Trial Attorneys, Tax Division
U.S. Department of Justice

4

P.O. Box 683
Washington, D.C.  20044

5

202-307-6570 (t)
202-307-0054 (f)

6

Nithya.Senra@usdoj.gov

7

*Attorneys for the United States of America*

8

9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11

United States of America,

Case No. 3:20-cv-3818-RS

Plaintiff,

12

v.

NOTICE OF VOLUNTARY DISMISSAL

13

Michael S. Ho and Li H. Tay,

14

Defendants.

15

16

Plaintiff, the United States of America, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby

17

files this Notice of Voluntary Dismissal of this action without a Court Order, as defendants have

18

not served an answer or a motion for summary judgment in this case. On October 15, 2020, the

19

United States of America received a check from defendants Michael S. Ho and Li H. Tay which

20

fully and finally resolved all claims in this action to recover FBAR civil penalty assessments.

21

Now the United States voluntarily dismisses this action with prejudice.

22

Respectfully submitted,

23

Date:   10/22/20

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

24

25

*/s/ Nithya Senra*
NITHYA SENRA, CA SBN 291803

26

Trial Attorney, Tax Division
U.S. Department of Justice

27

*Attorneys for Plaintiff United States of America*

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# CERTIFICATE OF SERVICE

I hereby certify that on this <u>22nd</u> day of October, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date I have e-mailed the document to the following:

JONATHAN LEE, ESQ.
One Market Street Suite 3600
San Francisco, CA 94105
Phone: (415) 685-0813
jon@jleelaw.com
*Attorney for Defendants Michael S. Ho and Li H. Tay*

/s/ Nithya Senra
NITHYA SENRA, Trial Attorney
U.S. Department of Justice, Tax Division

2